# IN THE SUPREME COURT

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Board of Drainage Comm'rs of Pitt Cty. v. Dixon<br><br>Case below:<br>158 N.C. App. 509 | No. 381P03 | 1.  Plts' PDR Under N.C.G.S. § 7A-31 (COA02-834)<br><br>2.  Defs' Conditional PDR as to Additional Issues | 1. Allowed<br><br>2. Allowed |
| Butler v. City Council of Clinton<br><br>Case below:<br>160 N.C. App. 68 | No. 467P03 | Plts' PDR Under N.C.G.S. § 7A-31 (COA02-1268) | Denied |
| Capital Outdoor, Inc. v. Tolson<br><br>Case below:<br>159 N.C. App. 55 | No. 446P03 | Petitioners' (Horizon Outdoor Advertising, Inc., Adams Outdoor Advertising of Charlotte, and the Lamar Company, LLC) PDR Under N.C.G.S. § 7A-31 (COA02-94) | Denied |
| Carter v. Cook<br><br>Case below:<br>158 N.C. App. 743 | No. 458P03 | Plt's PDR Under N.C.G.S. § 7A-31 (COA02-1215) | Denied |
| Chrysler Fin. Co., LLC v. S.C. Ins. Co.<br><br>Case below:<br>158 N.C. App. 513 | No. 427P03 | Def's (S.C. Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA02-1079) | Denied |
| Crowder v. Crowder<br><br>Case below:<br>159 N.C. App. 228 | No. 440P03 | Def's PDR Under N.C.G.S. § 7A-31 (COA02-1128) | Denied<br><br>**Edmunds, J., recused** |
| Dalenko v. Wake Cty. Dep't of Human Servs.<br><br>Case below:<br>157 N.C. App. 49 | No. 240P03 | Plt's (Carol Bennett) Motion for Meaningful Reconsideration of petitions (Rules 2 and 37, N.C. Rules of Appellate Procedure) (COA02-377) | Dismissed |
| Department of Transp. v. Airlie Park, Inc.<br><br>Case below:<br>156 N.C. App. 63 | No. 143PA03 | Joint Motion by Plaintiff and Defendant (Airlie Park, Inc.) to Dismiss Appeal (COA02-766) | Allowed<br>**09/08/03** |